JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERITAGE GROUP, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JSL, CORP. D/B/A HERITAGE GROUP, and DOES 1-60, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:16-CV-04212-R (ASx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

## ORDER

The Parties having stipulated thereto, the Parties' Joint Stipulation of Dismissal With Prejudice is hereby GRANTED. All claims in the above-captioned action are dismissed with prejudice. Each party shall bear its own costs and fees.

**IT IS SO ORDERED.**

DATED: September 7, 2016　　　　BY:_____
　　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT JUDGE